**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| GERALD R. FAZZARI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 2:11-CV-0283-RWS |
| CITIMORTGAGE, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

This case is before the Court for consideration of the Final Report and Recommendation [14] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Plaintiff's Complaint is hereby **DISMISSED, with prejudice**, for Plaintiff's failure to prosecute this action and for his repeated failure to comply with the Rules and Orders of the Court. Defendants' Motions to Dismiss [5, 6, and 10] are **DENIED, as moot**. The Clerk shall close the case.

**SO ORDERED**, this  10th  day of January, 2012.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)